ANN M. SNYDER, Respondent, v. THE CITY OF BINGHAMTON, Appellant.

EDWARD C. SNYDER, Respondent, v. THE CITY OF BINGHAMTON, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. [138 Misc. 259.]